

ORIGINAL

FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0238

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0238

FILED

DEC 1 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF AN APPOINTMENT TO
THE JUDICIAL NOMINATION COMMISSION

ORDER

The term of Elizabeth Halverson, one of the appointees of the Montana Supreme Court to the Judicial Nomination Commission, will expire on January 1, 2021. The Court thanks Ms. Halverson for her dedicated service to the Commission, to this Court, and to the people of Montana. Ms. Halverson has expressed her willingness to be reappointed to the Commission.

IT IS ORDERED that Elizabeth Halverson is hereby reappointed to the Judicial Nomination Commission for a four-year term expiring on January 1, 2025.

The Clerk is directed to mail a certified copy of this Order to the Secretary of State of the State of Montana.

The Clerk is further directed to provide copies of this Order to Elizabeth Halverson, to the Governor of the State of Montana, to members of the Judicial Nomination Commission, to Shauna Ryan at the Office of the Court Administrator, and to the State Bar of Montana.

DATED this 16 day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices